| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | ROSS K. NAUGHTON |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE 2:03-CR-00371-MCE-EFB |
|---|---|
| Respondent, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE |
| v. | DATE: N/A |
| KENNETH D. RODGERS, | TIME: N/A |
| Movant. | COURT: Hon. Edmund F. Brennan |

The United States and Defendant/Petitioner Kenneth D. Rodgers, by and through their attorneys, hereby stipulate to amend the previously ordered briefing schedule (*see* ECF 1080) as follows: the government's response shall be filed no later than June 5, 2017; and an optional reply shall be filed no later than July 5, 2017.

Respectfully submitted,

| Dated: May 15, 2017 | Dated: May 15, 2017 |
|---|---|
| PHILLIP A. TALBERT | HEATHER E. WILLIAMS |
| United States Attorney | Federal Defender |
| /s/ *Ross K. Naughton* | /s/ *Carolyn M. Wiggin* |
| ROSS K. NAUGHTON | CAROLYN M. WIGGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff/Respondent | Attorney for Defendant/Petitioner |
| UNITED STATES OF AMERICA | KENNETH D. RODGERS |

STIPULATION AND [PROPOSED] ORDER
RE: BRIEFING SCHEDULE FOR
KENNETH D. RODGERS

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the previously ordered briefing schedule (*see* ECF 1080) is hereby AMENDED as follows: the government's response shall be filed no later than June 5, 2017; and an optional reply shall be filed no later than July 5, 2017.

**SO ORDERED** on May 17, 2017.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge