| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | CAROLYN M. WIGGIN, #182732<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>carolyn_wiggin@fd.org |
| 5 | |
| 6 | Attorney for Movant-Defendant<br>KENNETH DEANDRE RODGERS |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:03-cr-0371-MCE-EFB-13 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | ) | TO EXTEND TIME TO FILE OBJECTIONS |
| | ) | TO THE MAGISTRATE JUDGE'S FINDINGS |
| KENNETH DEANDRE RODGERS, | ) | AND RECOMMENDATIONS |
| | ) | |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| | ) | United States Magistrate Judge |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michele M. Beckwith, Assistant United States Attorney, attorneys for Respondent-Plaintiff United States of America, and Heather Williams, Federal Defender, through Assistant Federal Defender, Carolyn M. Wiggin, attorneys for Movant-Defendant Kenneth Deandre Rodgers, that Objections to the Magistrate Judge's Findings and Recommendations, which are now due no later than July 2, 2018, be due no later than August 1, 2018.

This extension of time is necessary given the complexity of this case and Mr. Rodgers' counsel's schedule in the next month.

Stipulation and Order to Extend Time to File             -1-
Objections to Findings and Recommendations

| | | |
|---|---|---|
| DATED: June 19, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Carolyn M. Wiggin*<br>CAROLYN M. WIGGIN<br>Assistant Federal Defender<br>Attorney for Movant-Defendant<br>KENNETH DEANDRE RODGERS |
| DATED: June 19, 2018 | | McGregor W. Scott<br>United States Attorney<br><br>*/s/ Michele M. Beckwith*<br>MICHELE M. BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Respondent-Plaintiff<br>UNITED STATES OF AMERICA |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Objections to the Magistrate Judge's Findings and Recommendations, which are now due no later than July 2, 2018, shall be due no later than August 1, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge Judge