1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CAROLYN M. WIGGIN, #182732
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700
   carolyn_wiggin@fd.org
5

6  Attorney for Movant-Defendant
   KENNETH DEANDRE RODGERS
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            )   Case No. 2:03-cr-0371-MCE-EFB-13
                                        )
12           Plaintiff,                 )
                                        )   STIPULATION AND [~~PROPOSED~~] ORDER
13      vs.                             )   TO EXTEND TIME TO FILE OBJECTIONS
                                        )   TO THE MAGISTRATE JUDGE'S FINDINGS
14 KENNETH DEANDRE RODGERS,             )   AND RECOMMENDATIONS
                                        )
15           Defendant.                 )   Judge: Hon. Edmund F. Brennan
                                        )   United States Magistrate Judge
16 _____      )

17

18        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

19 Attorney, through Michele M. Beckwith, Assistant United States Attorney, attorneys for

20 Respondent-Plaintiff United States of America, and Heather Williams, Federal Defender,

21 through Assistant Federal Defender, Carolyn M. Wiggin, attorneys for Movant-Defendant

22 Kenneth Deandre Rodgers, that Objections to the Magistrate Judge's Findings and

23 Recommendations, which are now due no later than July 2, 2018, be due no later than August 1,

24 2018.

25        This extension of time is necessary given the complexity of this case and Mr. Rodgers'

26 counsel's schedule in the next month.

27

28

   Stipulation and Order to Extend Time to File        -1-
     Objections to Findings and Recommendations

1   DATED: June 19, 2018                    HEATHER E. WILLIAMS

2                                           Federal Defender

3                                           */s/ Carolyn M. Wiggin*
                                            CAROLYN M. WIGGIN
4                                           Assistant Federal Defender
                                            Attorney for Movant-Defendant
5                                           KENNETH DEANDRE RODGERS

6

7   DATED: June 19, 2018                    McGregor W. Scott
                                            United States Attorney
8

9                                           */s/ Michele M. Beckwith*
                                            MICHELE M. BECKWITH
10                                          Assistant U.S. Attorney
                                            Attorney for Respondent-Plaintiff
11                                          UNITED STATES OF AMERICA

12                                          ORDER

13          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

14   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

15   its order.  Objections to the Magistrate Judge's Findings and Recommendations, which are now

16   due no later than July 2, 2018, shall be due no later than August 1, 2018.

17          IT IS SO ORDERED.

18

19   Dated:  June 21, 2018                  _____
20                                          HON. EDMUND F. BRENNAN
                                            United States Magistrate Judge Judge
21

22

23

24

25

26

27

28