PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00371-JAM-EFB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| KENNETH DEANDRE RODGERS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on January 14, 2022. Docket No 1213.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before February 10, 2022;

STIPULATION RE BRIEFING SCHEDULE   1

b) The defendant's reply to the government's response to be filed on or before February 17, 2022.

IT IS SO STIPULATED.

Dated: January 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: January 27, 2022

/s/ CAROLYN WIGGIN
CAROLYN WIGGIN
Counsel for Defendant
KENNETH DEANDRE RODGERS

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 1213, is due on or before February 10, 2022;

b) The defendant's reply to the government's response, if any, is due on February 17, 2022.

IT IS SO FOUND AND ORDERED this 31st day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE